IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JEFFREY GIULIO, individually; and<br>JEFFREY GIULIO, a conservator of<br>the estate of T.G., a minor child, | No. CV. 09-481-AC |
| Plaintiff, | ORDER |
| v. | |
| BV CENTERCAL, LLC, a Delaware<br>corporation; CENTERCAL ASSOCIATES,<br>LLC, a Delaware corporation; CENTERCAL<br>PROPERTIES, LLC, a Delaware corporation;<br>IPC INTERNATIONAL CORPORATION,<br>an Illinois corporation, CITY OF TUALATIN,<br>a municipal corporation; and BRAD KING, an<br>individual, | |
| Defendants. | |

Susan K. Lain
HOHBACH LAW FIRM, LLC
4000 Kruse Way Place
Building 2
Suite 340
Lake Oswego, OR 97035

      Attorney for Plaintiff

1 - ORDER

Wm Kelly Olson
MITCHELL LANG & SMITH
2000 One Main Place
101 SW Main Street
Portland, OR 97204-3230

        Attorney for Defendant BV CenterCal, LLC

Steven A. Kraemer
Mark C. Sherman
HOFFMAN HART & WAGNER, LLP
1000 SW Broadway
20th Floor
Portland, OR 97205

        Attorneys for Defendant CenterCal Properties, LLC

Lee S. Aronson
SCHULTE ANDERSON DOWNES ARONSON BITTNER, PC
811 SW Naito Parkway
Suite 500
Portland, OR 97204-3379

        Attorney for Defendant IPC International Corporation

David C. Lewis
MILLER & WAGNER, LLP
2210 NW Flanders Street
Portland, OR 97210

        Attorney for Defendants City of Tualatin, Oregon and Brad King

HERNANDEZ, District Judge:

    Magistrate Judge John V. Acosta issued a Findings and Recommendation (doc. #99) on August 3, 2011, in which he recommends that I grant the motions for summary judgment (doc. #29 and #33) filed by CenterCal Properties, LLC and BV CenterCal, LLC, respectively. The Magistrate Judge also issued a Findings and Recommendation (doc. #100) the same day, August

2 - ORDER

3, 2011, in which he recommends that I grant the motion for summary judgments (doc. #40) filed by IPC International Corporation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendations were timely filed, I am relieved of my obligation to review the record de novo. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles de novo, I find no error.

## CONCLUSION

The court ADOPTS the Magistrate Judge's Findings and Recommendations (doc. #99 and #100). Accordingly, Defendants' motions for summary judgment (doc. #29, #33, and #40) are GRANTED.

IT IS SO ORDERED.

DATED this 6th day of September, 2011.

/s/ Marco A. Hernandez
Marco A. Hernandez
United States District Judge

3 - ORDER